UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-07155 SJO (JPRx) | Date | February 23, 2015 |
|---|---|---|---|
| Title | Linda Rubenstein v. The Neiman Marcus Group LLC et al | | |

| Present: The Honorable | S. JAMES OTERO | | |
|---|---|---|---|
| Victor Paul Cruz | Debbie Hino-Spaan | | |
| Deputy Clerk | Court Reporter | | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Behram V. Parekh | Cassandra S. Jones |
| | Paul W. Sweeney, Jr. |

**Proceedings:** SCHEDULING CONFERENCE

Hearing held.

The Court grants Plaintiff's request to re-file a motion to certify the class by May 4, 2015 and sets the following schedule:

Opposition due:    June 1, 2015
Reply due:         June 15, 2015
Hearing date:      July 6, 2015 @ 10:00 a.m.

The Court grants the Plaintiff's oral request to withdraw and vacate the previously filed motion to certify class [17]. Said motion is taken off this Court's active calendar.

The Court grants the Motion to Dismiss Case filed by Defendant The Neiman Marcus Group LLC [25] with leave to amend the complaint.

The Court sets the following schedule:

Jury Trial:               Tuesday, November 24, 2015  @ 9:00 a.m.

Pretrial Conference:      Monday, November 16, 2015 @ 9:00 a.m.

Motion Cutoff:            Monday, September 28, 2015  @ 10:00 a.m.

Discovery Cutoff:         Monday, August 24, 2015.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 14-07155 SJO (JPRx) | Date | February 23, 2015 |
|---|---|---|---|
| Title | Linda Rubenstein v. The Neiman Marcus Group LLC et al | | |

Last Date to Amend:     Tuesday, March 23, 2015.

Reference of the above case to the Alternative Dispute Resolution Program is vacated. Settlement is referred to Private Mediation for all further proceedings.

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are reminded of their obligations under Fed. R. Civ. P. 26-1(a) to disclose information without a discovery request.
    Court advises counsel that all Pretrial documents must be filed in compliance with the Court's standing order, including but not limited to:
1.    All Jury Instructions, agreed and opposed;
2.    Verdict Forms;
3.    Proposed Voir Dire Questions;
4.    Agreed-To Statement of Case;
5.    Witness List, listing each witness and time estimates to conduct direct, cross, redirect and recross;
6.    Trial Brief and Memorandum of Contentions;
7.    Joint Rule 26(f) Report;
8.    If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;
9.    Motions in Limine are to be filed according to Local Rule 7 and will be heard at 9:00 a.m. the first day of trial;
10.   Exhibits properly labeled, tagged, and in binders.


cc:     ADR Coordinator




                                                                    :     0/06
                                                    Initials of Preparer     vpc