# EXHIBIT A



### Brian J. Bergmark, MBA, CPA, ABV, ASA
Managing Director

Brian J. Bergmark, MBA, CPA, ABV, ASA, is a Managing Director of Torrey Partners and offers his clients over 20 years experience providing damage analysis, business valuation, business consulting, and accounting services to clients involved in dispute resolution, business management and tax matters.

Mr. Bergmark's industry experience includes construction, telecommunication, healthcare, computer hardware and software, real estate, manufacturing, and professional businesses, among others.  His appraisal experience includes the valuation and apportionment of tangible and intangible assets, analyses prepared for estate and gift tax purposes, marital dissolution, ownership transfers, eminent domain and various consulting matters.

Mr. Bergmark has extensive experience providing business analysis and qualified testimony on complex business, wage loss, wage and hour, economic, valuation, and marital dissolution matters in Federal and State Superior Courts.  The scope of his involvement in litigation matters includes discovery assistance, causation analysis, damage quantification and forensic accounting / fraud investigations.

**PROFESSIONAL EXPERIENCE**

| | | |
|---|---|---|
| 2011 to present | **Torrey Partners** | Managing Director |
| 2006 to 2011 | **LECG** | Director |
| 1992 to 2006 | **Mack\|Barclay Inc.** | Shareholder |
| 1989 to 1992 | **Brodshatzer, Wallace, Spoon & Yip** | Senior Manager |
| 1988 to 1989 | **Engicon** | Controller |
| 1986 to 1988 | **Steres, Alpert & Carne** | Senior Accountant |
| 1984 to 1986 | **Ernst & Whinney** | Auditor |

**EDUCATION**

**Master of Business Administration**, San Diego State University, 1992
   Emphasis in Finance.
**Bachelor of Science in Economics – Systems Science**, University of California, Los Angeles, 1984

CERTIFICATIONS AND LICENSES

    Certified Public Accountant, California
    Accredited in Business Valuation
    Accredited Senior Appraiser
    Certified in Financial Forensics
    Certified Management Accountant (Inactive)

MEMBERSHIPS IN PROFESSIONAL ORGANIZATIONS

    American Institute of Certified Public Accountants
    California State Society of Certified Public Accountants
    American Society of Appraisers

TEACHING

    University of California, San Diego Department of Extended Studies – instructor
    San Diego State University School of Business - guest lecturer
    University of San Diego School of Law - guest lecturer
    Various law firms and seminars - MCLE instructor

    F & C International: A Case Study of an I.P.O. Valuation –
        Co-authored - Journal of Financial Education - Spring, 1997

**Rubenstein v. The Neiman Marcus Group, LLC**
**Document Inventory**
**Exhibit B**

| Date | Description | Ref (NEIMAN00000-) | |
|---|---|---|---|

### *Legal*

| | | | |
|---|---|---|---|
| 04/18/17 | Rubenstein - 9th Circuit Memorandum | | |
| 07/05/17 | Notice of Deposition of Defendant The Neiman Marcus Group, LLC (F.R.C.P. 30(b)(6)) | | |
| 03/17/15 | Second Amended Complaint | | |
| 08/18/17 | Amended Notice of Deposition of Defendant The Neiman Marcus Group, LLC (F.R.C.P. 30(b)(6)) | | |
| 09/11/17 | Third Amended Complaint | | |

### *Depositions*

| | | | |
|---|---|---|---|
| 08/29/17 | Deposition transcript of Frank Crisci | | |
| 08/29/17 | Deposition transcript of Rebecca Hall | | |
| 08/29/17 | Deposition of Jeffrey Rosenfeld | | |

### *Other*

| | | | |
|---|---|---|---|
| 11/19/14 | Style Inquiry by Store (Dpt: 00740; Sty: 09135) | 01 | 02 |
| 11/19/14 | Style Inquiry by Store (Dpt: 00750; Sty: 00046) | 03 | 04 |
| | Neiman Marcus Group Operations Portal - Purchase Order Legal Terms | 05 | 08 |
| Spring 2014 | NM - Last Call Purchase Order (Dept: 750; Vendor #430) - various styles | 09 | 09 |
| Spring 2014 | NM - Last Call Purchase Order (Dept: 750; Vendor #1804) - various styles | 10 | 10 |
| Spring 2014 | Neimans last call - images and product descriptions; various styles | 11 | 11 |
| Spring 2014 | Neimans last call - images and product descriptions; various styles | 12 | 12 |
| Spring 2014 | petit lem Spring 2014 sleepwear styles | 13 | 15 |
| | petit lem total units / total dollars reports | 16 | 16 |
| | Cullen totals | 17 | 17 |
| | Acronym Guide | 18 | 18 |