# EXHIBIT B

**Rubenstein v. The Neiman Marcus Group, LLC**
**Document Inventory**
**Exhibit B**

| Date | Description | Ref (NEIMAN00000-) | |
|---|---|---|---|

***Legal***

| | | | |
|---|---|---|---|
| 04/18/17 | Rubenstein - 9th Circuit Memorandum | | |
| 07/05/17 | Notice of Deposition of Defendant The Neiman Marcus Group, LLC (F.R.C.P. 30(b)(6)) | | |
| 03/17/15 | Second Amended Complaint | | |
| 08/18/17 | Amended Notice of Deposition of Defendant The Neiman Marcus Group, LLC (F.R.C.P. 30(b)(6)) | | |
| 09/11/17 | Third Amended Complaint | | |

***Depositions***

| | | | |
|---|---|---|---|
| 08/29/17 | Deposition transcript of Frank Crisci | | |
| 08/29/17 | Deposition transcript of Rebecca Hall | | |
| 08/29/17 | Deposition of Jeffrey Rosenfeld | | |

***Other***

| Date | Description | Ref start | Ref end |
|---|---|---|---|
| 11/19/14 | Style Inquiry by Store (Dpt: 00740; Sty: 09135) | 01 | 02 |
| 11/19/14 | Style Inquiry by Store (Dpt: 00750; Sty: 00046) | 03 | 04 |
| | Neiman Marcus Group Operations Portal - Purchase Order Legal Terms | 05 | 08 |
| Spring 2014 | NM - Last Call Purchase Order (Dept: 750; Vendor #430) - various styles | 09 | 09 |
| Spring 2014 | NM - Last Call Purchase Order (Dept: 750; Vendor #1804) - various styles | 10 | 10 |
| Spring 2014 | Neimans last call - images and product descriptions; various styles | 11 | 11 |
| Spring 2014 | Neimans last call - images and product descriptions; various styles | 12 | 12 |
| Spring 2014 | petit lem Spring 2014 sleepwear styles | 13 | 15 |
| | petit lem total units / total dollars reports | 16 | 16 |
| | Cullen totals | 17 | 17 |
| | Acronym Guide | 18 | 18 |