# EXHIBIT 1

**NOTICE OF CLASS ACTION SETTLEMENT**
**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

*A federal court authorized this notice.*
*This is not a solicitation from a lawyer.*

***Rubenstein v. The Neiman Marcus Group LLC***, **Case No. 2:14-cv-07155-SJO-JPR**

**If you made a purchase at a Neiman Marcus Last Call store in California or online (if you provided a California billing address), you could get benefits from a class action settlement.**

A settlement has been proposed in the lawsuit referenced above ("Settlement"), which is pending in the United States District Court for the Central District of California ("Court").

**Am I Included?**  Your rights are affected if you made a purchase advertised with a "Compared To" price from August 7, 2010 through [the date the Final Approval Order is entered] (1) at any Neiman Marcus Last Call ("Last Call") outlet store(s) in California and/or (2) on Last Call's website, if you provided a California billing address.  These purchases are referred to as "Qualifying Purchases."

**Summary of the Settlement:** The lawsuit alleges that consumers were misled by the "Compared To" price tags used on merchandise at the Last Call stores in California, to their financial detriment.  The proposed Settlement would resolve all claims in the class action lawsuit.  Neiman Marcus denies that it did anything wrong, and no court has determined that Neiman Marcus did anything wrong.

**What Can I Get?**  The Settlement, if approved, would provide $2,900,000 to give cash benefits in the form of a check to those customers who made a Qualifying Purchase, as well as to pay Plaintiff's attorneys' fees and expenses, a service award for the Settlement Class Representative, and the administrative costs of the Settlement.

**How Do I Get My Settlement Benefits?**  You must submit a claim by [Claims Deadline] to receive settlement benefits.  Go to [settlement website] to submit a claim online now.  The website also provides instructions for how to submit a claim in hard copy through the mail.

**What Are My Other Options?**  Go to [settlement website] to get more information and learn about what your legal rights are.  Basically, if you do not submit a claim, you have three options:

1. **Object** – Write to the Court about why you believe the Settlement is unfair.  To object, you must follow the procedures set forth in the Settlement Class Notice available on the settlement website no later than [Deadline to Object].  The Court will hold a hearing on [Month 00, 2018] about the fairness of the Settlement where it will consider objections.  See the Settlement Class Notice on the settlement website if you wish to speak at the hearing in addition to submitting a written objection.

1

2. **Exclude Yourself** – Ask not to be included in the Settlement, also known as "opting out." You must exclude yourself by [Opt Out Deadline]. You will get no payment from the Settlement, but you may be able to pursue or continue your own lawsuit relating to the legal claims in this case. See the Settlement Class Notice on the settlement website for the requirements for excluding yourself from the Settlement.
3. **Do Nothing** – Give up your rights to sue Neiman Marcus on your own for the legal claims in this case and get no Settlement money.

**Do I Have A Lawyer?** Yes. The Court has appointed Kirtland & Packard LLP to represent you and other Class Members. These lawyers are called Class Counsel. You will not be individually charged for these lawyers' services. If you want to be represented by your own lawyer, you may hire one at your own expense.

**Scheduled Hearing:** The United States District Court for the Central District of California located in the [_____] Building and United States Courthouse, [_____], California, will conduct a hearing on whether to approve the Settlement and, if so, will determine what fees and expenses should be awarded to Class Counsel and whether a service award should be awarded to the Class Representatives. The hearing is presently scheduled for [Month 00, 2018] at [H:MM a/p.m.], in Court Room [___], Honorable [_____] presiding but may be changed. It is not necessary for you to appear at this hearing, but you may attend at your own expense.

This is only a summary. For detailed information, visit [settlement website].

2