# EXHIBIT 5

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINDA RUBENSTEIN, on behalf of Herself and all others similarly situated, | ) ) ) | Case No. 2:14-CV-07155-SJO-JPR |
| Plaintiffs, | ) ) | |
| v. | ) ) | **OPT-OUT FORM** |
| THE NEIMAN MARCUS GROUP LLC, a Delaware Limited Liability Company, and DOES 1-50, inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

If you want to exclude yourself from the settlement, you must complete this Opt-Out Form and return it to the Class Administrator at the address below.

**Neiman Marcus Last Call Settlement Program**
**Class Administrator**
**P.O. Box _____**
**Richmond, VA _____**

To be considered timely, this form must be postmarked no later than **[DATE]**.

If you exclude yourself from the class:
1) You will not share in any recovery that might be paid claimants as a result of any judgment or settlement of this lawsuit.
2) You will not be bound by any decision in this lawsuit.
3) You may pursue any claims you have against the defendant by filing your own lawsuit.

If you have any questions regarding this case, please visit [**SETTLEMENT WEBSITE**], call [**TELEPHONE NUMBER**] or write the Class Administrator at the address above.

Complete the following only if you wish to be excluded from the class in this lawsuit:

**I hereby certify that I believe myself to be a member of the class.  I want to exclude myself from this lawsuit.**

| Last | First | Middle Initial |
|---|---|---|
| | | |

| Address | Phone | |
|---|---|---|
| | | |

| City | State | Zip Code |
|---|---|---|
| | | |

Signature: _____          Date: _____