# EXHIBIT B

From:   Pauline Pomerance
18914 Carmel Crest Drive
Tarzana, CA 91356
Paulinejsp@gmail.com
(818) 321-6551

Re:   Neiman Marcus Last Call Settlement
Notice ID # 500-321-845
*Rubenstein v. Neiman Marcus Group*, USDC Case No. 2:14-CV-07155-SJO-JPR

To whom it may concern,

I object to the proposed settlement. I believe it to be a scam settlement that most Consumers will be unable to respond to. It asks that consumers prove their claim by submitting receipts for the last ten years! Who keeps receipts for that long? Very few people will be able to respond to this, and thus most of the funds will go to the attorneys. Thus, the only people who will benefit from this will be the attorneys. I think they can find a better way to help the customers who were wronged by this behavior.

Since you already have my name and contact information, you know I am a member of the class and have made a purchase at Neiman's. Why do you need me to confirm that again?

Second, with 475,000 class members, the amount of the available settlement funds would net about $3.00 per class member. Hardly worth it. So, instead, you concoct this claims process, hoping to substantially reduce eligible class members. But what if only 100 class members respond? Does that mean they would each receive about $16,000? That, of course, is ridiculous. The proposed settlement has no method for dealing with a small number of class members who submit claims.

A much better settlement would be if you send all class members a gift certificate for $100 off their next purchase. Class members will surely use that, since they have obviously shopped at Neiman's before, and $100 is a real benefit without forcing class members to search for receipts they probably do not have.

As long as the settlement remains as is, I object for the reasons set forth above.

I declare under penalty of perjury that I am a settlement class member, to the best of my knowledge and recollection.

Sincerely,
Pauline Pomerance

*[signature]*   Aug. 17, 2018